THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES D. COVENEY, Respondent, *v.* HENRY S. KEARNY, Commissioner of Public Buildings, etc., of the City of New York, Appellant.

*People ex rel. Coveney* v. *Kearny,* 44 App. Div. 449, affirmed.
(Argued January 9, 1900; decided January 23, 1900.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 8, 1899, which reversed an order of the Special Term denying relator's application for a peremptory writ of mandamus, directing his reinstatement in the position of inspector of electric wires and appliances in the department of public buildings, etc., of the city of New York, and granted such application.

*John Whalen, Corporation Counsel (Theodore Connoly* and *Terence Farley* of counsel), for appellant.

*James M. Hunt* for respondent.

Order affirmed, with costs, on opinion below.

Concur : PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, MARTIN and VANN, JJ.